STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:     (510) 637-3500
Facsimile:      (510) 637-3507

Counsel for Defendant GALEN TRIGG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16 00215 JST |
| Plaintiff, | ) ) ) | **SECOND AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) ) | |
| GALEN TRIGG, | ) ) ) | |
| Defendant. | ) ) | |

This matter is scheduled for a status conference on 24 March 2017.  Mr. Trigg presently is defending a criminal proceeding in Salinas, California, that also forms the basis for the Charge One of the pending Form 12.  Mr. Trigg has scheduled court appearances in Salinas in April.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to 14 April 2017.  The probation officer confirms that he will be available on that date.

1

Dated:  20 March 2017

2
                                                    _____/s/_____
ZACHARY GLIMCHER
Assistant United States Attorney

3

4

5

Dated:  20 March 2017

                                                    _____/s/_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

6

7

8

Good cause appearing therefor, IT IS ORDERED that this matter be continued to 14 April

9

2017.

10

11

Dated:  March 21, 2017

                                                    _____
JON S. TIGAR
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28