| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | JEROME E. MATTHEWS |
| | Assistant Federal Public Defender |
| 3 | 1301 Clay Street, Suite 1350N |
| | Oakland, CA 94612 |
| 4 | Telephone: (510) 637-3500 |
| | Facsimile: (510) 637-3507 |
| 5 | |
| 6 | Counsel for Defendant GALEN TRIGG |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16 00215 JST |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| GALEN TRIGG, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is scheduled for a status conference on 14 April 2017. Mr. Trigg presently is defending a criminal proceeding in Salinas, California, that also forms the basis for the Charge One of the pending Form 12. Mr. Trigg has scheduled court appearances in Salinas in early May.

For these reasons, IT IS STIPULATED AND AGREED that this matter be continued to 26 May 2017. The probation officer confirms that he will be available on that date.

//

//

//

//

-1-
STIPULATION
U.S. v. TRIGG, 16-00215 JST

Dated: 11 April 2017

ZACHARY GLIMCHER
Assistant United States Attorney

Dated: 11 April 2017

JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that this matter be continued to 26 May 2017.

Dated: April  11 , 2017

IT IS SO ORDERED

Judge Jon S. Tigar

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA