STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507

Counsel for Defendant GALEN TRIGG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GALEN TRIGG, <br><br> Defendant. | No. CR 16-00215 JST <br><br> **STIPULATION AND [PROPOSED] ORDER TAKING MATTER OFF CALENDAR** |

This matter is scheduled for a status conference on May 26, 2017. Mr Trigg presently is in the custody of the Monterey County Sheriff, defending a criminal proceeding in Salinas, California, that also forms the basis for the Charge One of the pending Form 12. Defense counsel is informed that Mr Trigg is discussing a possible resolution of that case with the local District Attorney, and that a substantial custody term is possible.

For these reasons, IT IS STIPULATED AND AGREED that this matter be taken off calendar until Mr Trigg is returned to federal custody.

Dated: 24 May 2017                                    ___/s/ Zachary Glimcher_____
                                                      ZACHARY GLIMCHER
                                                      Assistant United States Attorney


Dated: 24 May 2017                                    ____/s/ Jerome E. Matthews_____
                                                      JEROME E. MATTHEWS
                                                      Assistant Federal Public Defender


Dated: 24 May 2017                                    ___/s/ Bobby Love_____
                                                      BOBBY LOVE
                                                      U.S. Probation Officer


Good cause appearing therefor, IT IS ORDERED that this matter be taken off calendar.

Dated: May 25, 2017                                   _____
                                                      JON S. TIGAR
                                                      United States District Judge