STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507

Counsel for Defendant GALEN TRIGG

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GALEN TRIGG, <br><br> Defendant. | Case No. CR 16-00215 JST <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING MATTER FOR STATUS CONFERENCE** |

This matter was taken off calendar while Mr Trigg was in the custody of the Monterey County Sheriff defending a criminal proceeding that also forms the basis for the Charge One of the pending Form 12. The Monterey County matter has concluded and Mr Trigg has returned to federal custody.

For these reasons, IT IS STIPULATED AND AGREED that this matter be added to the Court's 3 November 2017 calendar for a status conference.


Dated:  18 October 2017                                   /s/ Ellen Swain
                                                          ELLEN SWAIN
                                                          Assistant United States Attorney

-1-
STIPULATION
U.S. V. TRIGG, 16-00215 JST

Dated: 18 October 2017

       /s/ Jerome E. Matthews_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: 18 October 2017

   /s/ Bobby Love_____
BOBBY LOVE
U.S. Probation Officer

Good cause appearing therefor, IT IS ORDERED that this matter be added to the Court's 3 November 2017 calendar for a status conference.

Dated: October 19, 2017

_____
JON S. TIGAR
United States District Judge